**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  1:24-cr-417-CKK

JOEL CORTES
    (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

_/s/ G. Allen Dale_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

G. Allen Dale D.C. Bar 954-537
(Attorney & Bar ID Number)

Law Offices of G. Allen Dale, PLLC
(Firm Name)

555 13th Street, NW, Suite 500 West
(Street Address)

Washington,   D.C.   20004
(City)        (State)  (Zip)

(202) 638-2900
(Telephone Number)