AO 442 (Rev. 01/09) Arrest Warrant

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___DNE___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  Case: 1:24-cr-000417 |
|---|---|
| v. | )  Assigned To: Kollar-Kotelly, Colleen |
| JOEL CORTES | )  Assign Date: 4/30/2025 |
| | )  Description: SUPERSEDING INDICTMENT (B) |
| | )  Related Case No: 24-cr-417 (CKK) |
| *Defendant* | )  8:25-MJ-00391-DUTY |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JOEL CORTES                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date:    04/30/2025

_____
*Issuing officer's signature*

City and state:    Washington, D.C.

MAGISTRATE JUDGE MOXILA A. UPADHYAYA
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 13 May 2025 , and the person was arrested on *(date)* 13 May 2025 at *(city and state)* Laguna, Niguel, CA . |
| Date: 13 May 2025     _____  *Arresting officer's signature*  Psalm A. Ullrich, Special Agent FBI  *Printed name and title* |